HARTZ, Circuit Judge,
concurring:
I agree that Deputy Mandelko is not entitled to qualified immunity at this stage of the proceeding. According to the complaint, Deputy Mandelko, after noting that Ms. Archuleta did not have tattoos or moles, told the receptionist that “this isn’t her.” Although Deputy Mandelko’s subjective state of mind is irrelevant to whether she had grounds to strip search Ms. Archuleta, the quoted comment could imply that she had objective evidence showing that Ms. Archuleta was not the person named in the warrant. To strip search Ms. Archuleta in that circumstance, particularly given what she was wearing and that she had already been frisked, would be a clear violation of established Fourth Amendment principles. There may well be grounds for strip searching arrestees at a jail without individualized reasonable suspicion, but not in this circumstance.